# Exhibit 3

# George L. Miller, Trustee

Eight Penn Center, Suite 950
1628 John F. Kennedy Boulevard
Philadelphia, PA 19103

Phone: (215) 561-0950
Fax: (215) 561-0330
Email: gmiller@mctllp.com

October 31, 2023

**EMAIL**  TMCC@PNC.com

| **VIA REGULAR MAIL** | **COPY TO:** |
|---|---|
| PNC Bank | PNC Bank |
| The Tower at PNC Bank | Records Services |
| 300 Fifth Avenue | 500 First Avenue |
| Pittsburgh, PA 15222 | P7-PFSC-02-H |
| | Pittsburgh, PA 15219 |

      Re:    ViewRay, Inc. (Lead Case)
              Bankruptcy No.: 23-10935-KBO

              ViewRay Technologies, Inc.
              Bankruptcy No.: 23-10936-KBO

              Date of Bankruptcy: 07/16/2023
              Date of Conversion from Chapter 11 to Chapter 7: 10/26/2023

To Whom It May Concern:

On October 26, 2023, the subject debtors' cases converted from Chapter 11 to Chapter 7, and I was appointed the Chapter 7 Bankruptcy Trustee. Upon information and belief, your bank has several accounts in the name(s) of the Debtor(s), ViewRay, Inc. and/or ViewRay Technologies, Inc. The last four digits of the account numbers are 6164, 0758, and 5109.

I have enclosed my Notices of Appointment as Chapter 7 Trustee for both Debtors.

Please prepare a check (or checks) for each of the accounts listed above as soon as possible and forward the funds to me by bank check. Please identify the amounts by referencing the related account number, and make the check(s) payable to: George L. Miller, Chapter 7 Trustee for ViewRay, Inc. or ViewRay Technologies, Inc., as appropriate.

In addition, please have all bank statements, canceled checks, and other documentation forwarded to me at the following address:

> George L. Miller, Chapter 7 Trustee
> 8 Penn Center, Suite 950
> 1628 John F. Kennedy Blvd.
> Philadelphia, PA 19103

It would be greatly appreciated if you could send the funds to me via Federal Express. My Federal Express number is 1240-1799-8. Please feel free to contact me with any questions.

Very truly yours,

George L. Miller,
Chapter 7 Trustee

GLM/lmc

Enclosures

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 7 |
| | : | |
| ViewRay, Inc. | : | Case No. 23-10935 (KBO) |
| | : | |
| Debtor. | : | |

## NOTICE TO INTERIM TRUSTEE/ TRUSTEE OF SELECTION IN AN ASSET CASE

TO:   George L. Miller

You are hereby notified of your appointment in an asset case as Interim Trustee/Trustee of the estate of the above-named debtor. The amount of your bond has been fixed by the United States Trustee. You are required to notify **JOSEPH J. MCMAHON, JR., ASSISTANT UNITED STATES TRUSTEE,** at J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, DE. 19801 in writing within (5) days after receipt of this notice only if you reject this case.

ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED:   October 26, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 7 |
| | : | |
| ViewRay Technologies, Inc. | : | Case No. 23-10936 (KBO) |
| | : | |
| Debtor. | : | |

### NOTICE TO INTERIM TRUSTEE/ TRUSTEE OF SELECTION IN AN ASSET CASE

TO:   George L. Miller

You are hereby notified of your appointment in an asset case as Interim Trustee/Trustee of the estate of the above-named debtor. The amount of your bond has been fixed by the United States Trustee. You are required to notify **JOSEPH J. MCMAHON, JR., ASSISTANT UNITED STATES TRUSTEE,** at J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, DE. 19801 in writing within (5) days after receipt of this notice only if you reject this case.

ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED:   October 26, 2023